**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 21-6765**

CRAIG W. EISERT,

       Petitioner - Appellant,

    v.

HAROLD W. CLARKE,

       Respondent - Appellee.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Michael F. Urbanski, Chief District Judge.  (7:21-cv-00068-MFU-JCH)

Submitted:  August 19, 2021               Decided:  August 24, 2021

Before GREGORY, Chief Judge, FLOYD, and RUSHING, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Craig W. Eisert, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Craig W. Eisert, a Virginia inmate, seeks to appeal the district court's order consolidating his two 28 U.S.C. § 2254 petitions, conditionally filing the consolidated petition, and ordering Eisert to file a supplemental petition. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The order Eisert seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we deny Eisert's motion to appoint counsel and we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*